UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

**JAMES BORDEN,**
        Plaintiff,

v.

**DJO, LLC,** a Delaware Corporation;
**DJO, INC., f/k/a DJ ORTHOPEDICS,
INC.,** a Delaware Corporation; and
**MCKINLEY MEDICAL, L.L.C.,** a
Colorado corporation,

        Defendants.

Civ. No. 11-6093-AA

ORDER FOR STIPULATION
OF DISMISSAL

Aiken, Chief Judge:

It is hereby **ORDERED** that plaintiff's claims against defendants, and any and all cross-claims shall be dismissed, without prejudice, with each party to bear its own costs.

**IT SO ORDERED**.

Dated this ___6___ day of October, 2011.

_____
Ann Aiken
United States District Judge

1    - ORDER FOR STIPULATION OF DISMISSAL